

Charles M. Lizza

Phone:  (973) 286-6715
Fax:  (973) 286-6815
clizza@saul.com
www.saul.com

May 23, 2025

**VIA ECF**

Hon. Matthew J. Skahill, U.S.M.J.
United States District Court
Mitchell H. Cohen Bldg. & U.S. Courthouse
4th and Cooper Streets
Camden, NJ 08101

    Re: *Incyte Corp., et al. v. Apotex Inc.*
      Civil Action No. 24-4366 (CPO)(MJS)

Dear Judge Skahill:

  This firm, together with Quinn Emanuel, represents Plaintiffs Incyte Corp. and Incyte Holdings Corp. in the above-referenced matter.  We write on behalf of all parties to update the Court on the status of the case in advance of the May 29, 2025 10:30 a.m. telephone status conference with Your Honor.  Because there are no issues ripe for the Court at this time, the parties respectfully request that the May 29 status conference be adjourned for approximately one month, to a date in late June.

  The case is in fact discovery, which closes on August 15, 2025.  *See* D.I. 21.  The parties have been meeting and conferring regarding discovery issues, including potential depositions of foreign former employees and issues related to document production.  If the parties cannot resolve these issues, we will promptly raise them with the Court.

  Because there are no issues ripe for the Court's attention at this time, the parties respectfully propose adjourning the telephone status conference to a date in late June.  If this meets with the Court's approval, we respectfully request that Your Honor sign and enter the below form of endorsement.

  Thank you for Your Honor's kind attention to this matter.

      Respectfully yours,

      Charles M. Lizza

cc: All counsel (via email)

Hon. Matthew J. Skahill, U.S.M.J.
May 23, 2025
Page 2


SO ORDERED that the May 29, 2025 status conference is hereby adjourned until
_____, at _____ a.m./p.m.


_____
Hon. Matthew J. Skahill, U.S.M.J.