

HILL WALLACK LLP

21 Roszel Road, P.O. Box 5226
Princeton, NJ 08540-5226
main 609.924.0808
fax 609.452.1888

WRITER'S DIRECT DIAL: (609) 734-6358

May 28, 2026

**VIA ECF**
Honorable Matthew J. Skahill, U.S.M.J.
United States District Court, District of New Jersey
Mitchell H. Cohen Bldg. & U.S. Courthouse
4th and Cooper Streets
Camden, NJ 08101

SO ORDERED this ___ 1ˢᵗ
of. ___ JuN ___ 20²⁶

*Matthew J. Skahill, USMJ*

> Re: ***Incyte Corp. et al. v. Apotex Inc.,***
> **Civil Action No.: 1:24-4366 (CPO) (MJS) (consolidated)**

Dear Judge Skahill,

This firm, together with Rakoczy Molino Mazzochi Siwik LLP, represents Defendant Apotex Inc. in the above-referenced action. We write on behalf of all parties to provide the Court with a status update pertaining to supplemental discovery in this matter regarding Incyte's doctrine of equivalents theory.

Pursuant to the amended scheduling order (ECF No. 175), the deadline for Apotex to complete supplemental depositions is today, May 28, 2026. Apotex is pursuing supplemental discovery from Incyte and third-party Wilmington PharmaTech LLC ("WPT"). The parties have worked to complete this supplemental discovery, but need additional time.

Subject to the approval of the Court, Incyte and Apotex have agreed that Apotex may conduct an additional Rule 30(b)(6) deposition of Incyte's corporate designee, Dr. Joe Zhou, before June 15. In addition, with respect to Apotex's May 11 subpoenas to WPT, Apotex has agreed to extend: (1) WPT's deadline to serve objections to June 3; (2) WPT's deadline to produce responsive documents to June 10; and (3) the deadline to complete the deposition of the WPT corporate designee to July 10.

The parties are discussing whether any further deadlines need to be adjusted as the parties work to complete this discovery. We thank the Court for its attention to this matter and will keep the Court apprised regarding the status of this supplemental discovery.

Respectfully submitted,

*s/ Eric I. Abraham*
Eric I. Abraham

**HILL WALLACK LLP**
ATTORNEYS AT LAW

Page 2

cc:    All Counsel of Record (via ECF)
       Jake Rambeau, Esq. (WPT Counsel) (jrambeau@honigman.com)

4933-4941-0480, v. 1