

HILL WALLACK LLP

21 Roszel Road, P.O. Box 5226
Princeton, NJ 08540-5226
main 609.924.0808
fax 609.452.1888

WRITER'S DIRECT DIAL: (609) 734-6358

July 6, 2026

**VIA ECF**
Honorable Christine P. O'Hearn, U.S.D.J.
United States District Court, District of New Jersey
Mitchell H. Cohen Bldg. & U.S. Courthouse
4th and Cooper Streets
Camden, NJ 08101

SO ORDERED this 21st day
of    July    20 26

Christine A O'Hearn
United States District Judge

Re:    *Incyte Corp. et al. v. Apotex Inc.,*
       **Civil Action No.: 1:25-4044 (CPO) (MJS)**
       **Civil Action No.: 1:24-4366 (CPO) (MJS)**

Dear Judge O'Hearn,

This firm, together with Rakoczy Molino Mazzochi Siwik LLP, represents the Defendant, Apotex Inc., in the above-referenced actions. We write on behalf of all parties to update the Court on the parties' proposals with respect to dispositive motions, *Daubert* motions, and the remaining case schedule through post-trial briefing, in advance of the status conference scheduled for July 7 at 10:00 am.

**Dispositive and *Daubert* Motions.**

Apotex intends to file one narrow motion for summary judgment of no infringement under the doctrine of equivalents with respect to Apotex's NDA product, according to the schedule proposed below. Apotex would file an opening brief in support of the motion of no more than 20 pages, and any reply brief will be no more than 10 pages.

If Apotex proceeds with the summary judgment motion described above, Incyte will file an opposition brief and also reserves the right to file a *Daubert* motion to preclude Apotex's technical expert from offering legal opinions on alleged non-infringement under the doctrine of equivalents.

Based on the current state of expert discovery, the parties do not intend to file any other dispositive or *Daubert* motions.  However, the parties have not yet completed service of all expert reports and have not taken any expert depositions.  The parties will advise the Court promptly if additional expert discovery creates the need for any other motion practice.

**Case Schedule**

The parties present the below proposed schedule through post-trial briefing, by which post-trial briefing will be completed no later than April 16, 2027 in advance of the earliest possible product launch by Apotex on June 12, 2027. The parties are also available for a science day, and suggest that be scheduled in between January 11-31, 2027, at the Court's convenience.

HILL WALLACK LLP
ATTORNEYS AT LAW

Page 2

The parties are available for trial the weeks of February 8, 2027 and February 15, 2027.

Parties' proposed schedule:

| Event | Current Deadline | Proposed New Date |
|---|---|---|
| Parties file joint status letter in anticipation of July 7 Pre-trial Status Conference with Judge O'Hearn | July 6, 2026 | No change |
| Pre-trial Status Conference with Judge O'Hearn via Microsoft Teams | July 7, 2026 | No change |
| Parties serve reply expert reports | July 16, 2026 | No change |
| Close of expert discovery | August 14, 2026 | No change |
| Telephone status conference with the Court. | August 17, 2026 | No change |
| Deadline for submission of opening dispositive and *Daubert* motions (per Dkt. No. 175). | September 10, 2026 | August 21, 2026 |
| Deadline for confidential settlement memoranda to be submitted in advance of the settlement conference consistent with the directives on the Court's website. (per Dkt. No. 201). | September 2, 2026 | No change |
| Deadline for submission of oppositions to dispositive and *Daubert* motions (per Dkt. No. 175). | October 8, 2026 | September 18, 2026 |
| In-person settlement conference. Counsel and clients with settlement authority shall appear for the conference. (per Dkt. No. 201). | September 9, 2026 | No change |
| Deadline for submission of replies to dispositive and *Daubert* motions (per Dkt. No. 175). | November 5, 2026 | October 9, 2026 |
| Deadline for submission of pretrial order (per Dkt. No. 175). | January 14, 2027 | November 19, 2026 |
| Science Day | | One day between January 11-31, 2027, at the Court's convenience |
| Joint Final Pretrial Conference | January 21, 2027 | [To be determined depending on trial date] |
| Trial | | No more than 5 days between February 8 |

**HILL WALLACK LLP**
ATTORNEYS AT LAW

Page 3

|  |  | and February 19, 2027 |
|---|---|---|
| Simultaneous Opening Post-Trial Briefs |  | No later than March 22, 2027 |
| Simultaneous Responsive Post-Trial Briefs |  | No later than April 16, 2027 |
| Earliest potential Apotex launch date |  | June 12, 2027 |

We thank the Court for its attention to this matter.

Respectfully submitted,

*/s/ William P. Murtha*
William Murtha, Esq.

cc: All counsel of record (via ECF and email)

4922-5756-7419, v. 2