Charles M. Lizza
Phone: (973) 286-6715
Fax: (973) 286-6800
clizza@saul.com
www.saul.com

SAUL EWING LLP

August 14, 2026

**VIA ECF**

Hon. Matthew J. Skahill, U.S.M.J.
United States District Court
Mitchell H. Cohen Bldg. & U.S. Courthouse
4th and Cooper Streets
Camden, NJ 08101

Re: *Incyte Corp., et al. v. Apotex Inc.*
Civil Action No. 24-4366 (CPO)(MJS) (consolidated)

Dear Judge Skahill:

This firm, together with Fish & Richardson, represents Plaintiffs Incyte Corp. and Incyte Holdings Corp. (together, "Incyte") in the above-captioned consolidated matter. We write on behalf of all parties to update the Court on the status of the case in advance of the August 17, 2026 2:30 p.m. telephone status conference with Your Honor.

This case is in expert discovery, which closes today (ECF No. 212). However, Incyte informed Defendant Apotex Inc. ("Apotex") that Incyte's physician expert, Dr. Claire Harrison, has limited deposition availability. As such, the parties have agreed, and thus respectfully request that they be allowed, to proceed with Dr. Harrison's deposition on October 9, 2026. No other deadlines in the schedule would require adjustment. If acceptable to the Court, the parties respectfully request the Court "SO ORDER" this letter and enter it on the docket.

Additionally, the parties are on track to submit their opening dispositive and *Daubert* motions (if any) by the August 21 deadline and are preparing for the September 9 in-person settlement conference before Your Honor. *See id.* We look forward to discussing these issues and any other issues with Your Honor during the status teleconference on August 17.

Thank you for Your Honor's kind attention to this matter.

Respectfully yours,

Charles M. Lizza

cc: All counsel (via email)

**SO ORDERED** that the deposition of Dr. Claire Harrison may be conducted on or before October 9, 2026.

Hon. Matthew J. Skahill, U.S.M.J.